# EXHIBIT B

## FORM 1
## NOTICE OF BAR DATE AND CERTIFICATE OF SERVICE

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-18573 CAD | Trustee: | (520191) | KAREN R. GOODMAN |
|---|---|---|---|---|
| Case Name: | BAYO, DAVID R | Filed (f) or Converted (c): | 05/10/05 (f) | |
| | | §341(a) Meeting Date: | 06/29/05 | |
| Period Ending: | 04/16/08 | Claims Bar Date: | 11/01/05 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE-7733 W. 173RD ST. TINLEY PARK, IL | 200,000.00 | 52,499.86 | | 33,013.00 | FA |
| 2 | BANK ACCOUNTS | 25.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 400.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 5 | PENSION PLANS AND PROFIT SHARING | 1,484.41 | 0.00 | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES-'99 SUZUKI VITARA ALTHOUGH OWNED JOINTLY W/FORMER PARTNER, KAREN BULANDA, DEBTOR HAS MADE NO CONTRIBUTION TO CAR. WAS ONLY COSIGNER | 5,400.00 | 0.00 | | | |
| 7 | AUTOMOBILES AND OTHER VEHICLES-LEASED '01 CAMRY | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 489.66 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | $207,709.41 | $52,499.86 | | $33,502.66 | $0.00 |

Major Activities Affecting Case Closing:
REVIEW CLAIMS; FILE TFR

Printed: 04/16/2008 12:44 PM V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-18573 CAD
**Case Name:** BAYO, DAVID R
**Period Ending:** 04/16/08

**Trustee:** (520191) KAREN R. GOODMAN
**Filed (f) or Converted (c):** 05/10/05 (f)
**§341(a) Meeting Date:** 06/29/05
**Claims Bar Date:** 11/01/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): December 31, 2006    Current Projected Date Of Final Report (TFR): March 31, 2008

Form ntcftfc7

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

In Re:
David R Bayo
SSN: xxx-xx-5965 EIN: N.A.

Case No.: 05-18573
Chapter: 7
Judge: Carol A. Doyle

Debtor's Attorney:
Paul S Braun
Braun & Edwards, Chartered
19630 Governors Hwy
Flossmoor, IL 60422

708 957-1500

Trustee:
Karen R Goodman ESQ
Shefsky & Froelich Ltd
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

312 836-4048

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above-named debtor(s) on *May 10, 2005*.

1. The first date fixed for the meeting of creditors was

2. *November 1, 2005* is fixed as the last day for the filing of claims by creditors other than governmental units.

3. *October 31, 2005* is fixed as the last day for filing or claims by govenmental units.

You are further notified that it appeared, from the schedule of the debtor(s), that there were no assets from which any dividend could be paid to the creditors.

It now appears that the payment of a dividend may be possible.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: August 3, 2005

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: pseamann            Page 1 of 1              Date Rcvd: Aug 03, 2005
Case: 05-18573                Form ID: ntcftfc7         Total Served: 19

The following entities were served by first class mail on Aug 05, 2005.
db          +David R Bayo,    6321 S Narragansette Ave,    Chicago, IL 60638-5001
aty         +Paul S Braun,    Braun & Edwards, Chartered,    19630 Governors Hwy,    Flossmoor, IL 60422-2078
tr          +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
              Chicago, IL 60601-3713
9327943     +Chase Manhattan Bank USA,    PO Box 94014,    Palatine, IL 60094-4014
9327951      Countrywide,    PO Box 650070,    FTWTX 36,    Dallas, TX 75265 0070
9327945     +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
9327949     +Karen L. Bulanda,    7733 W 173rd St,    Tinley Park, IL 60477-3256
9327948     +Karen L. Bulanda,    7733 W 173rd Street,    Tinley Park, IL 60477-3256
9327950      MBNA Platinum Plus,    PO Box 15137,    Wilmington, DE 19850 5137
9327952     +NCB Management Services Inc,    PO Box 1099,    Langhorne, PA 19047-6099
9327953      NCO Financial Systems,    PO Box 41457,    Philadelphia, PA 19101 1457
9327955      Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197 4102
9327956     +True Logic Financial,    PO Box 4387,    Englewood, CO 80155-4387
9327957      Viking Collection Service Inc,    PO Box 59207,    Minneapolis, MN 55459 0207
9327958      Walter E. Smythe,    PO Box 17602,    Baltimore, MD 21297 1602
9327959     +World's Foremost Bank NA Visa,    PO Box 82575,    Lincoln, NE 68501-2575

The following entities were served by electronic transmission on Aug 04, 2005 and receipt of the transmission
was confirmed on:
9327946      EDI: DISCOVER.COM Aug 03 2005 21:14:00      Discover,    PO Box 30395,
              Salt Lake City, UT 84130 0395
9327947     +EDI: TSYS.COM Aug 03 2005 21:13:00      GE Consumer Finance Walmart,    PO Box 981426,
              El Paso, TX 79998-1426
9327954     +EDI: RESURGENT.COM Aug 03 2005 21:14:00      Sherman Acquisition LP,    15 S Main St  Suite 600,
              Greenville, SC 29601-2768
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9327944      Citi Sears
                                                                                          TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2005                    Signature:    _Joseph Speetjens_