UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Stann & Associates, Inc., | ) | Case Number 05 B 51738 |
| | ) | |
| Debtor. | ) | Honorable Eugene Wedoff |

**NOTICE OF FILING OF U.S. TRUSTEE'S MEMORANDUM
OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

To:   **Eugene Crane, Esq.**
      135 South La Salle Street
      Suite 3705
      Chicago, Il 60603
      **ecrane@craneheyman.com**

   Please take notice that on May 31, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

   The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 14, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                    WILLIAM T. NEARY
                                    UNITED STATES TRUSTEE

Dated:  May 31, 2008                BY   /s/ Dean Harvalis
                                    Assistant United States Trustee
                                    Attorney Id.#03126564
                                    Office of the U.S. Trustee
                                    227 West Monroe Street, Suite 3350
                                    Chicago, Illinois 60606
                                    (312) 886-5785

**CERTIFICATE OF SERVICE**

   I, Dean Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on May 31, 2008.

                                            /s  Dean Harvalis