UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| David R. Bayo, | ) | Case No.  05 B 18573 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

### NOTICE OF FILING OF U.S. TRUSTEE'S CERTIFICATE
### OF REVIEW OF TRUSTEE'S FINAL REPORT

To: **Karen Goodman, Esq.**
Shefsky & Froelich, Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Il 60601
**kgoodman@shefskylaw.com**

**Please Take Notice** that on June 12, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

### REQUEST FOR NOTICE

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's Final Report.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

Dated:     June 12, 2008            BY   /s/ Dean Harvalis
Assistant United States Trustee
Attorney Id.#03126564
Office of the U.S. Trustee
219 S. Dearborn, Room 873
Chicago, Illinois 60606

(312) 886-5785

## **CERTIFICATE OF SERVICE**

    I, Dean C. Harvalis, Assistant United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the Court's Electronic Notice for Registrants on June 12, 2008.

                                            /s/  Dean Harvalis