IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>BAYO, DAVID R | CHAPTER 7 CASE |
| | CASE NO. 05-18573 |
| | HONORABLE  CAROL A. DOYLE |
| Debtor | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:    THE HONORABLE   CAROL A. DOYLE,
       BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed.  Evidence of cancelled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that she be discharged, and the case closed pursuant to 11 U.S.C. §350.

4/21/09
DATE

_KAREN R. GOODMAN, TRUSTEE_
KAREN R. GOODMAN, TRUSTEE